In the Matter of ALMA M. FABRICIUS, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued November 15, 1943; decided January 6, 1944.

*Alma M. Fabricius* in person for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Nicholas Bucci* and *James Hall Prothero* of counsel), for respondent.

Appeal dismissed, without costs, on the ground that no substantial constitutional question is involved. No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and THACHER, J.